UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**JOSE CARLOS RODAN BERNABE,**
Plaintiff,

**CIVIL NO. 03-1613(DRD)**

v.

**ALFREDO ALEJANDRO CARRION, et als.,**
Defendants.

### O R D E R  &  J U D G M E N T

Plaintiffs and Defendants have filed a settlement agreement wherein they inform the Court that they have reached an agreement that will fully, and permanently, dispose of all pending controversies between them in the instant action. (Docket No. 36). The terms and conditions of the settlement are known and approved by the Court. As a result of the agreement, the parties therein expressly waive and fully release each other from any and all claims, objections, challenges, and/or damages past, present and future related to or arising out of the acts object of the complaint.

Accordingly, the Court hereby **DISMISSES WITH PREJUDICE** all claims against the defendants. The Court shall retain jurisdiction for compliance purposes. This case is closed.

**IT IS SO ORDERED**.

**Date**: February 3, 2006

S/ Daniel R. Domínguez
**DANIEL R. DOMINGUEZ**
U.S. District Judge